IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-03038-AP

ROSE L. PEREZ,

      Plaintiff,

v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

      Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1.     APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff</u>:
Ruth K. :Irvin, # 10326
Attorney for Plaintiff
Irvin & Irvin
595 Canyon Blvd.
Boulder, CO  82302
(303) 543-0337
Fax: (303) 543-0389
rkirvin@irvinlaw.net

<u>For Defendant</u>:
John F. Walsh
United States Attorney

J. Benedict García
Assistant United States Attorney
United States Attorney's Office
J.B.Garcia@usdoj.gov

Allan D. Berger
Special Assistant United States Attorney
Social Security Administration, Region VIII
Office of the General Counsel
1961 Stout Street, Suite 4169
Denver, CO  80294
303-844-2149
303-844-0770 (facsimile)

- 1 -

[Allan.berger@ssa.gov](mailto:Allan.berger@ssa.gov)

**2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.     DATES OF FILING OF RELEVANT PLEADINGS**

    **A.     Date Complaint Was Filed:  November 7, 2013**

    **B.     Date Complaint  Was Served on U.S. Attorney's Office: November 12, 2013**

    **C.     Date Answer and Administrative Record Were Filed: March 17, 2014**

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of her knowledge, Plaintiff states that the record is complete and accurate.

To the best of her knowledge, Defendant states that the record is complete and accurate.

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6.     STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case does not raise unusual claims or defenses.

**7.     OTHER MATTERS**

The parties state that there are no other matters.

**8.    BRIEFING SCHEDULE**

      **A.    Plaintiff's Opening Brief Due:  May 14, 2014**

      **B.    Defendant's Response Brief Due:  June 13, 2014**

      **C.    Plaintiff's Reply Brief (If Any) Due: June 30, 2014**

**9.    STATEMENTS REGARDING ORAL ARGUMENT**

**A.    Plaintiff's Statement: Plaintiff does not request oral argument.**

**B.    Defendant's Statement: Defendant does not request oral argument.**

**10.   CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

      **A.    ( )    All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

      **B.    ( X )    All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.   AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S</u> <u>CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 7th day of April, 2014.

                                                               BY THE COURT:

                                                                *s/John L. Kane*
                                                                U.S. DISTRICT COURT JUDGE

APPROVED:

                         UNITED STATES ATTORNEY

                         John F. Walsh
                         United States Attorney

s/ Ruth K. Irvin               By: s/Allan D. Berger
Ruth K. Irvin, #10326        Special Assistant U.S. Attorney
Irvin & Irvin                   Allan D. Berger
595 Canyon Blvd           Special Assistant United States Attorney
Boulder, CO 80302         Social Security Administration, Region VIII
303-543-0337                Office of the General Counsel
Fax: 303-543-0389         1961 Stout Street, Suite 4169
rkirvin@irvinlaw.net        Denver, CO  80294
Attorney for Plaintiff        303-844-2149
                                  303-844-0770 (facsimile)
                                  Allan.berger@ssa.gov