# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-3038-AP

ROSE L. PEREZ,

        Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,
        Defendant.

_____

## ORDER
_____

        Defendant's Unopposed Motion to Remand for Further Administrative Proceedings (doc. #21), filed July 1, 2014, is GRANTED.

        This civil action is remanded to Defendant for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). The Clerk is directed to enter a judgment in accordance with Fed. R. Civ. P. 58, consistent with the United States Supreme Court's decision in *Shalala v. Schaefer*, 509 U.S. 292, 296-302 (1993).

        Upon remand, the Appeals Council will remand the matter to an Administrative Law Judge (ALJ) and instruct the ALJ to consolidate all of the evidence from Plaintiff's subsequent applications (filed in 2008 and 2013) into a single record; give the claimant an opportunity for a new hearing and an opportunity to submit additional evidence; give consideration to all of the evidence; and issue a new decision as to whether the claimant was disabled at any time from her alleged onset date to the date of the decision.

-2-

Dated: July 1, 2014

                              BY THE COURT:

                              *s/John L. Kane*_____